**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| KIMBERTON HEALTHCARE CONSULTING, INC. d/b/a DIALYSISPPO, | : : : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| vs. | : | NO. 10-0150 |
| | : | |
| SPECIALTY CARE MANAGEMENT, LLC, DEVON HEALTH SERVICES, INC., and GERALD A. YOUNG, individually and as agent of SPECIALTY CARE MANAGEMENT, LLC, | : : : : : | |
| Defendants. | : | |

## ORDER

**AND NOW**, this ___24th___ day of November, 2010, it is **ORDERED** that Plaintiff's Motion for Leave to File an Amended Complaint (Doc. #28) is **GRANTED**. It is **FURTHER ORDERED** that this action is **DISMISSED** pursuant to Rule 12(h)(3) for lack of subject matter jurisdiction, without prejudice for Plaintiff to pursue state law claims in state court.

s/Anita B. Brody

_____

ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:    Copies **MAILED** on _____ to: